UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| D.F., MINOR SURVIVING CHILD OF PETER FARSTAD, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.: C10-0163-RSL-MAT

~~PROPOSED~~ ORDER AMENDING THE
SCHEDULING ORDER

Based on the Plaintiff's Motion and the agreement of Defendant, it is hereby ORDERED that the scheduling Order shall be amended as follows:

- Plaintiff shall file the Opening Brief on or before August 28, 2010

- Defendant shall file the Response Brief on or before September 28, 2010

- Plaintiff shall file the optional Reply Brief on or before October 10, 2010

DATED this 23rd day of July, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

~~PROPOSED~~ ORDER 1