01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  D.F. (Minor),                          )
                                           )   CASE NO. C10-0163-RSL-MAT
09          Plaintiff,                     )
                                           )
10      v.                                 )   ORDER GRANTING LIMITED
                                           )   EXTENSION OF TIME OF
11  MICHAEL J. ASTRUE,                     )   REMAINING BRIEFING SCHEDULE
    Commissioner of Social Security,       )
12                                         )
            Defendant.                     )
13  _____ )

14          Defendant filed the parties' second stipulation for extension of time (Dkt. 17),

15  requesting a 45-day extension of the due date in which to file his responsive brief.   A previous

16  stipulated extension, filed by plaintiff, was granted on July 23, 2010 (Dkt. 15).   Having

17  considered the stipulation, and the entire docket in the case, the Court hereby GRANTS an

18  extension of the remaining briefing schedule, but declines to use the dates requested by the

19  parties.   The deadlines for the remaining briefing are scheduled as follows:

20          Defendant's Responsive Brief:       November 1, 2010

21          Plaintiff's optional Reply Brief:       November 15, 2010

22  **The  parties  should  take  note  that  no  further  extensions  will  be  granted  absent**

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -1

01 **extraordinary circumstances.**

02          DATED this <u>30th</u> day of September, 2010.

03

04          _____

05          Mary Alice Theiler
            United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2