01
02
03
04
05
06
07            UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
08                      AT SEATTLE

09 D.F. (a minor surviving child of      )
   Peter J. Farstad),                    )  CASE NO. C10-0163-RSL
10                                       )
         Plaintiff,                      )
11                                       )
         v.                              )  ORDER OF PARTIAL REMAND
12                                       )
   MICHAEL J. ASTRUE,                    )
13 Commissioner of Social Security,      )
                                         )
14       Defendant.                      )
   _____)
15

16     The Court has reviewed the entire record, including the Administrative Record, the

17 memoranda of the parties, and the Report and Recommendation ("R&R") of United States

18 Magistrate Judge Mary Alice Theiler.  It is therefore ORDERED:

19     (1)    The Court adopts the Report and Recommendation;

20     (2)    The decision of the Administrative Law Judge ("ALJ") is AFFIRMED IN

21            PART and REMANDED IN PART for further administrative proceedings,

22            consistent with the R&R of Judge Theiler;

ORDER OF PARTIAL REMAND
PAGE -1

(3)   The Court REMANDS this matter for further administrative proceedings; and

(4)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 7th day of February, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF PARTIAL REMAND
PAGE -2

(3)   The Court REMANDS this matter for further administrative proceedings; and

(4)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 7th day of February, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF PARTIAL REMAND
PAGE -2